AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| United States of America | ) | CR No. 18 - 633 |
| v. | ) | |
| ALEKSANDR ISAEV | ) | |
| | ) | |
| | ) | KORMAN, J. |
| | ) | |
| *Defendant* | ) | |

**ARREST WARRANT**          **GOLD, M.J.**

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ALEKSANDR ISAEV                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud conspiracy, in violation of 18 U.S.C. § 1349; Wire fraud, in violation of 18 U.S.C. § 1343; Aggravated identity theft, in violation of 18 U.S.C. § 1028A; Conspiracy to commit computer intrusions, in violation of 18 U.S.C. § 371; Computer intrusion and obtaining information, in violation of 18 U.S.C. § 1030(a)(2); Computer intrusion in furtherance of fraud, in violation of 18 U.S.C. §1030(a)(4); Computer intrusion and causing damage, in violation of 18 U.S.C. § 1030(a)(5); Money laundering conspiracy, in violation of 18 U.S.C. § 1956(h); and Engaging in monetary transactions in property derived from specified unlawful activity, in violation of 18 U.S.C. § 1957(a).

Date:    11/27/2018

City and state:    Brooklyn, NY

_____
*Issuing Officer's signature*

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____