# EXHIBIT A

| Time Message Sent on June 17, 2014 | Message from i-betters "Alexandr" | Message from vojt84 "Wojciech L." |
|---|---|---|
| 1:53:02 PM | usually if your run your bookie you must to have next providers<br><br>- software<br>- odds<br>- live odds<br>- statistic feed<br>- analytic feed<br><br>we are software provider<br>not data provider<br><br>so if you wanna have better data you have to purchase it from data provider | |
| 9:31:32 PM | | ok so lets leve it for future when it stars earning, so betradar is one of data providers? |
| 9:31:32 PM | | are you integrated with them> |
| 9:31:38 PM | | ? |
| 9:31:53 PM | | so with betradar I can have statistics and more betting options ? |
| 9:31:58 PM | no .. we steal data bro <ss type="laugh">:D</ss> | |
| 9:32:57 PM | yes .. with them you will get everything in future .. but our solution is the best for betting start uppers , cause you safe HUGE amount of money | |
| 9:32:20 PM | | good, me like it<ss type="laugh">:D</ss> |
| 9:32:36 PM | | what if the one who is being robbed will find out? |
| 9:33:04 PM | | and change sth? won't the whole site crash then<ss type="wink">;)</ss>? |
| 9:33:32 PM | we steal it for 2 years already .. and steal by farm of bots | |
| 9:33:42 PM | it is our own solution | |
| 9:34:01 PM | it is private info ) only u and me know about that | |
| 9:34:07 PM | | of course |
| 9:34:14 PM | we have no delay even in stealing live ! | |
| 9:34:19 PM | | hehe |
| 9:34:33 PM | | we must sit down and talk more about possibi |
| 9:34:36 PM | | possible stuff in future |
| 9:34:39 PM | | you will be in amsterdm? |
| 9:34:56 PM | some times actually we are faster than bookies where from we take it ..<br>actual delay is 0,5 sec | |



GOVERNMENT EXHIBIT
**684E**
18-CR-633 (EK)